JJD:RAT
F.# 2012R00574

FILED
IN CLERK'S OFFICE
DISTRICT COURT EDNY
★  MAY 09 2012  ★
LONG ISLAND OFFICE

CR-12 0331

FEUERSTEIN, J
BOYLE, M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EFRAIN VALLE,
    also known as "Brazil"
    and "Blackie,"

            Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(1); T. 18,
U.S.C., §§ 3551 et
seq.)

THE GRAND JURY CHARGES:

### ILLEGAL REENTRY

On or about April 10, 2012, within the Eastern District of New York, the defendant EFRAIN VALLE, also known as "Brazil" and "Blackie," being an alien who had previously been deported from the United States after a conviction for the commission of a felony, was found in the United States without the Secretary of

Security of the United States having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*[signature]*
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: *[signature]*
Assistant United States Attorney

2

Case 2:12-cr-00331-SJF   Document 6   Filed 05/09/12   Page 3 of 3 PageID #: 11